PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              *Plaintiff,*<br>v.<br><br>ROBERT QUATTRONE,<br><br>                              *Defendant,*<br>          and<br><br>COMMERCE BANK, NA/TD BANK,<br>and its successors or assigns,<br><br>                              *Garnishee.* | Hon. Stanley R. Chesler<br><br>Criminal No. 04-13<br><br>**AMENDED ORDER** |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN

for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause

shown,

It is on this 25th day of Aug, 2010

ORDERED that the Application and Order for Writ of Garnishment in this matter is **NOT WITHDRAWN.**

HON. STANLEY R. CHESLER
Judge, U.S. District Court